UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Donel A. Robinson**　　　　　　　　　　　　　　　　　　　Docket No. 5:15-MJ-1422-1

### Petition for Action on Probation

COMES NOW Mark Culp, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Donel A. Robinson, who, upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 5), was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge on November 4, 2015, to 12 months probation under the conditions adopted by the court.

On January 20, 2016, this offender was cited for Speeding (16CR700194) in Hoke County, NC. The offender admitted this action when confronted on the telephone and expressed remorse. The court agreed that the offender be verbally reprimanded and continued on supervision. Additionally, on January 29, 2016, the offender was cited for Driving While License Revoked (16CR702264) in Cumberland County, NC. The offender provided documentation showing that this incident stemmed from a medical emergency in which he had to transport his wife to the hospital. The court again agreed that the offender receive another verbal reprimand and be continued on supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On May 6, 2016, this offender was cited for No Operators License and Failure to Stop at a Stoplight (16CR1608) in Cumberland County, NC. The offender admitted this action when confronted and stated that he knew it was wrong to drive without a valid drivers license.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　　　　is true and correct.

/s/ Robert L. Thornton　　　　　　　　　　　　/s/ Mark Culp
Robert L. Thornton　　　　　　　　　　　　　Mark Culp
Supervising U.S. Probation Officer　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　310 Dick Street
　　　　　　　　　　　　　　　　　　　　　　Fayetteville, NC 28301-5730
　　　　　　　　　　　　　　　　　　　　　　Phone: 910-483-8613
　　　　　　　　　　　　　　　　　　　　　　Executed On: May 17, 2016

Donel A. Robinson
Docket No. 5:15-MJ-1422-1
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 17th day of May, 2016 and ordered filed and made a part of the records in the above case.

*Kimberly A. Swank*
Kimberly A. Swank
U.S. Magistrate Judge