UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Donel A. Robinson**                                   Docket No. 5:15-MJ-1422-1

## Petition for Action on Probation

COMES NOW Mark Culp, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Donel A. Robinson, who, upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 5), was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge on November 4, 2015, to 12 months probation under the conditions adopted by the court.

On January 20, 2016, this offender was cited for Speeding (16CR700194) in Hoke County, NC. The offender admitted this action when confronted on the telephone and expressed remorse. The court agreed that the offender be verbally reprimanded and continued on supervision. Additionally, on January 29, 2016, the offender was cited for Driving While License Revoked (16CR702264) in Cumberland County, NC. The offender provided documentation showing that this incident stemmed from a medical emergency in which he had to transport his wife to the hospital. The court again agreed that the offender receive another verbal reprimand and be continued on supervision.

On May 6, 2016, this offender was cited for No Operators License and Failure to Stop at a Stoplight (16CR1608) in Cumberland County, NC. The offender admitted this action when confronted and stated that he knew it was wrong to drive without a valid driver's license. The court ordered that the offender complete two days in the custody of the Bureau of Prisons, which were completed.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has failed to complete his court ordered community service hours or satisfy his monetary obligation at this time. The defendant was instructed to have them done by the proposed extension date or he would potentially be returned to court for noncompliance.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The term of probation be extended for a period of 90 ~~months~~ days, to the new expiration date of February 1, 2017.

Except as herein modified, the judgment shall remain in full force and effect.

Donel A. Robinson
Docket No. 5:15-MJ-1422-1
Petition For Action
Page 2

Reviewed and approved,

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mark Culp
Mark Culp
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-818-0685
Executed On: October 19, 2016

### ORDER OF THE COURT

Considered and ordered this 19th day of October, 2016 and ordered filed and made a part of the records in the above case.

/s/ Kimberly A. Swank
Kimberly A. Swank
U.S. Magistrate Judge