UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Donel A. Robinson        Docket No. 5:15-MJ-1422-1

**Petition for Action on Probation**

       COMES NOW Mark Culp, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Donel A. Robinson, who, upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 5), was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, on November 4, 2015, to 12 months probation under the conditions adopted by the court.

       On January 20, 2016, this offender was cited for Speeding (16CR700194) in Hoke County, NC. The offender admitted this action when confronted on the telephone and expressed remorse. The court agreed that the offender be verbally reprimanded and continued on supervision. Additionally, on January 29, 2016, the offender was cited for Driving While License Revoked (16CR702264) in Cumberland County, NC. The offender provided documentation showing that this incident stemmed from a medical emergency in which he had to transport his wife to the hospital. The court again agreed that the offender receive another verbal reprimand and be continued on supervision.

       On May 6, 2016, this offender was cited for No Operators License and Failure to Stop at a Stoplight (16CR1608) in Cumberland County, NC. The offender admitted this action when confronted and stated that he knew it was wrong to drive without a valid driver's license. The court ordered that the offender complete two days in the custody of the Bureau of Prisons, which were completed.

       On October 19, 2016, the court ordered that the offender's supervision period be extended for an additional 90 days, as the offender requested the same to satisfy outstanding conditions.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has failed to complete his court ordered community service hours or satisfy his monetary obligation at this time. The defendant was instructed to have them done by the proposed extension date or he would potentially be returned to court for noncompliance.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The term of probation shall be extended for a period of 90 days to the new expiration date of May 1, 2017.

Except as herein modified, the judgment shall remain in full force and effect.

**Donel A. Robinson**
**Docket No. 5:15-MJ-1422-1**
**Petition For Action**
**Page 2**

Reviewed and approved,　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　is true and correct.

/s/ Michael C. Brittain　　　　　　　　　　/s/ Mark Culp
Michael C. Brittain　　　　　　　　　　　　Mark Culp
Supervising U.S. Probation Officer　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　310 Dick Street
　　　　　　　　　　　　　　　　　　　　　Fayetteville, NC 28301-5730
　　　　　　　　　　　　　　　　　　　　　Phone: 910-483-8613
　　　　　　　　　　　　　　　　　　　　　Executed On: January 20, 2017

### ORDER OF THE COURT

Considered and ordered this __23rd__ day of __January__, 2017, and ordered filed and made a part of the records in the above case.

_Kimberly A. Swank_
Kimberly A. Swank
U.S. Magistrate Judge